GREATER NEW YORK FILM RENTAL CO., Appellant, v. MOTION PICTURE PATENTS CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the Greater New York Film Rental Company against the Motion Picture Patents Company and others. G. A. Rogers, of New York City, for appellant. Le Roy D. Ball, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 142 N. Y. Supp. 356.

GREATER NEW YORK FILM RENTAL CO., Appellant, v. MOTION PICTURE PATENTS CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the Greater New York Film Rental Company against the Motion Picture Patents Company and others. G. A. Rogers, of New York City, for appellant. J. J. Hynes, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GREATER NEW YORK FILM RENTAL CO., Appellant, v. MOTION PICTURE PATENTS CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the Greater New York Film Rental Company against the Motion Picture Patents Company and others. G. A. Rogers, of New York City, for appellant. H. Nathan, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GREEN, Respondent, v. STEVENS, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Samuel Green against John W. Stevens, impleaded with others. W. J. Lippmann, of New York City, for appellant. D. Steckler, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GREENBERGER v. QUEENS COUNTY WATER CO. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by David Greenberger against the Queens County Water Company.

PER CURIAM. Motion granted, without costs, on condition that the motion for leave to appeal be heard and submitted to this court on July 8, 1913; otherwise, the motion will be denied. See, also, 142 N. Y. Supp. 1120.

GREENBERGER v. QUEENS COUNTY WATER CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by David Greenberger against the Queens County Water Company. No opinion. Application granted. Order signed. See, also, 142 N. Y. Supp. 1120.

GREENBLATT, Appellant, v. KALASNEN, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Pincus H. Greenblatt against Mark J. Kalasnen. H. S. Mansfield, of New York City, for appellant. J. Bogart, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GREENHALL v. HUXWITZ et al. (Supreme Court, Appellate Division, First Department. June 13, 1913.) Action by Charles L. Greenhall against Harry Huxwitz and another. No opinion. Application denied, with $10 costs. Order signed. See, also, 80 Misc. Rep. 186, 141 N. Y. Supp. 914.

GUARANTY TRUST CO. OF NEW YORK v. WARD et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Appeal from Special Term, New York County. Action by the Guaranty Trust Company of New York, as substituted testamentary trustee, against Reginald H. Ward, as ancillary executor, and others, impleaded with Henry B. Singer and others. From an order granting a motion for a bill of particulars and for a separate trial of issue, the impleaded defendants appeal. Modified and affirmed. Brainard Tolles, of New York City, for appellants. Arthur C. Rounds, of New York City, for respondents Howden and others. Grenville B. Winthrop, of New York City, guardian ad litem, for infant defendant Bemis. Edward R. Greene, of New York City, for plaintiff.

PER CURIAM. The order should be modified, by inserting the following in place of the last clause of the order: And it is further ordered that after the trial of the action, and the issues presented by the complaint and the answers of the various defendants are tried and determined, if it should appear that the issues presented as between the defendant Henry B. Singer, as administrator of the estate of Joseph Avinski, deceased, and Martha Rosenthal, on the one hand, and the defendants John McA. Howden and Susan G. Bemis, as executors, etc., of Henry T. Bemis, deceased, and Carl A. Hansmann, as ancillary executor, etc., of Henry T. Bemis, deceased, on the other, present a question for determination, such issues be tried separately, and that entry of final judgment in the action be suspended until such issues are tried. As so modified, the order is affirmed, with $10 costs and disbursements to the respondents as against the appellants.

GUIDONE & GALARDI CO., Respondent, v. CAGGIANO et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by the Guidone & Galardi Company against Francesco Caggiano and another. No opinion. Judgment affirmed, with costs.

GUNDERSON, Appellant, v. ROEBLING CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Rosa Gunderson, as administratrix, etc., against the Roebling Construction Company. No opinion. Motion for